THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM ZOLTAN, Appellant.— Judgment unanimously reversed, the complaints dismissed and the fines remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WOODRUFF, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS HOGAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

KATHERINE E. DOYLE, Petitioner, Respondent, v. ARTHUR C. DOYLE, Appellant.— Order unanimously modified by reducing the amount of the allowance to be paid for the support of the petitioner to the sum of fifty dollars a month, and as so modified affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of HAMMEL STATION ESTATES, INC., Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM G. FULLEN, Chairman, and Others, Constituting the TRANSIT COMMISSION OF THE STATE OF NEW YORK, and THE LONG ISLAND RAIL ROAD COMPANY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

OTTO J. A. GRASSI and WALDEMAR GRASSI, Respondents, v. EDWARD ECCARDT, Doing Business under the Style of C. F. ECCARDT & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; O'Malley, J., taking no part.

GLENN KRAUSCH, an Infant, by FRED KRAUSCH, His Guardian ad Litem, Respondent, v. IRVING TRUST COMPANY and THOMAS C. BLAKE, Individually and as Executors, etc., of MARY E. DUNN, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

HOTEL CONCORD, INC., Respondent, v. CORNELIUS CALLAGHAN, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of IDA C. BUTTERWORTH for Payment of Award Made for Parcel No. 16 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in Proceedings to Acquire Title to Ryer Avenue from Burnside Avenue to 187th Street, Borough of Bronx, New York City. MARIA HENRY and Others, Cross-Petitioners, Appellants; WILLIAM LEVIN, as Guardian ad Litem for CECELIA DARMS, an Infant, and Guardian ad Litem and Special Guardian for Any Unknown Infants or Incompetent Parties, Appellants; IDA C. BUTTERWORTH, Petitioner, Respondent, and THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — O'Malley Townley, Glennon, Untermyer and Cohn, JJ.